UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
CONNECTICUT

LAURENCE C. JONES, JR., :
          Plaintiff :
      V. :
                              : CASE NUMBER: 3:00CV 368 (CFD)(WIG)
KENNETH S. APFEL, :
COMISSIONER :
SOCIAL SECURITY ADMINISTRATION : AUGUST 31, 2004
         Agency/Defendant :

PLAINTIFF'S MOTION FOR EXTENTION OF TIME NUNC PRO TUNC
PURSUANT TO D.CONN.L.CIV.R.7(c) TO FILE FOR
RECONSIDERATION OF RELIEF FROM A
JUDGMENT IN THE DISTRICT COURT
PURSUANT TO FED.R.CIV.P.60(b)

1. On the 25th day of March, 2003, a JUDGMENT was entered in this COURT in favor of the defendant dismissing the complaint of Laurence C. Jones, Jr., v. Jo Anne B. Barnhart, Commissioner of Social Security. (JUDGMENT Attached EXHIBIT #1)

2. The plaintiff pro se, Laurence C. Jones, Jr., on the 19th day of May, 2003, filed on Notice of Appeal the case in the/United States Court of Appeals for the Second Circuit.

3. During the pendancy of the appeal, on or about, August 9, 2003, the plaintiff pro se, received several documents in a packet, a letter of notice dated July 31, 2003, proposing "to take action" with reference to the contents of a "CIVIL APPEAL PRE_ARGUMENT STATEMENT" served in the appeal on the defendant-appellee Commissioner of the Social Security Administration.

USDC-CASE No.:3:00CV 368 (CFD)(WIG)

JONES v BARNHART (COMM. SUCCESSOR)

4. The said letter of notice addressed to plaintiff pro se, requested that he return his social security number and the contents of the packet. Plaintiff pro se (hereinafter, plaintiff) promptly notified the United States Attorney's office, and the Assistant U. S. Attorney (AUSA) in charge of the case. Plaintiff then complied with the communication (packet) offering any information required/Social Security Administration(SSA) in (Letter from the packet Attached, EXHIBIT #2). The Appeals Court was notified.

5. Plaintiff on November 10, 2003, served a Notice of Motion (plainttiff-appellant) on the defendant-appellee, filing in the Court of Appeals the said Motion to dismiss this appeal without prejudice to reinstatement pending decision of a Rule 60 motion in the District Court. (Attached is EXHIBIT #3, an ORDER of the UNITED STATES COURT of APPEALS for the SECOND CIRCUIT, issued FOR THE COURT, by Roseann B. MacKechnie, Clerk, signed therefor by Catherine J. Minuse, Supervisory Staff Attorney)

6. Reference the Appeals Court ORDER (supra), November 24, 2003 (EXH.#3), and the proposed notice "to take action" in the defendant-appellee's SSA's letter of July 31, 2003 (EXH.#2), received by plaintiff-appellant, August 9, 2003, the plaintiff alleges in this MOTION FOR EXTENTION OF TIME NUNC PRO TUNC, the case thereupon, in effect, became converted to an executive Personnel Management matter ab initio voiding the DENIAL of the veterans' preference eligibility under the Veterans Preference Act which occurred in the Field SSA Office, Region 1, Boston, MA, on June 9, 1998.

RELIEF REQUESTED CONTINUED ON NEXT PAGE FOLLOWING

USDC-CASE No.:3:00CV 368 (CFD)(WIG)
JONES v BSRNHART (COMM. SUCCESSOR)

7. The SSA notice of proposed action (EXH.#2) was newly discovered evidence. Plaintiff-appellant was left with some surprise, wondering when the SSA was first informed of the United States Office of Personnel Management's confirmation of plaintiff's veterans' preference eligibility entitlement. Plaintiff had not had any contact directly with the agency since 1998. However, the agency was always in exclusive possession of the plaintiff's OFFICIAL PERSONNEL FOLDER. (Ten months claimed "lost" has not been explained)

### RELIEF UNDER THE MOTION FOR EXTENTION OF TIME NUNC PRO TUNC

WHEREFORE, pursuant to the UNITED STATES COURT of APPEALS for the 2dCir. ORDER of November 24, 2003, issued by the Clerk of the Court, authorizing the parties compliance with the procedures outlined in Toliver v. County of Sullivan, 957 F2d 47 (2D CIR.1992); and thereafter to file Rule 60(b) motion which the District Court may deny or grant; and because of the Assistant U. S. Attorney's refusal to participate, plaintiff pro se therefore for himself, and also for the parties based on its direct notice to plaintiff, and he, therefore, exercising veterans' preference eligibility entitlement rights under the SSA letter of July 31, 2003, will notify the Commissioner of SSA, the General Counselor's Office of SSA, and United States Attorney's Office for the State of Connecticut, of the filing of these proceedings pursuant to Fed.R.Civ.P.60(b); and plaintiff pro se, respectfully, requests Magistrate Judge William I. Garfinkel, and District Judge Christopher F. Droney to grant relief from the JUDGMENT in the District Court March 25, 2003, pursuant to D.CONN.L.CIV.R.7(c), and FED.R.CIV.P.60(b), and for such other relief as the Court deems appropriate in the premises.

Respectfully Submitted
September 2, 2004.

Laurence C. Jones, Jr.
Plaintiff pro se
43 Elder Street
New Haven, CT 06511
(203)387-4044

## CERTIFICATION

I, LAURENCE C. JONES, JR.  certify that a copy of the plaintiff's MOTION FOR EXTENTION OF TIME NUNC PRO TUNC FOR RECONSIDERATION OF RELIEF FROM A JUDGMENT IN THE DISTRICT COURT of CONNECTICUT/ UNDER F.R.C.P.7(c) has been sent by Certified Mail this 2nd day of September 2004/ TO THE FOLLOWING:

JO ANNE BARNHART, COMMISSIONER

SOCIAL SECURITY ADMINISTRATION

1500 WOODLAWN Dr.,
Baltimore, MD

OFFICE OF THE GENERAL COUNSEL
SOCIAL SECURITY ADMINISTRATION
1500 WOODLAWN Dr.,
Baltimore, MD

KEVEN J. O'CONNOR
UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510

PATRICK F. CARUSO
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510

Laurence C. Jones Jr
43 Eldert Street
New Haven, CT 06511