# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

*Conn. / NHct*
*00-cv- 368*
*Droney*
*Garfinkel*

# SUMMARY ORDER

**THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the *19th* day of May Two thousand four.

PRESENT:    WILFRED FEINBERG
            JOSÉ A. CABRANES
                *Circuit Judges*
            MARK R. KRAVITZ*
                *District Judge*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LAURENCE C. JONES, JR.,

       *Plaintiff-Appellant,*

      -v.-

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

      *Defendant-Appellee,*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

No. 03-6113

[FILED stamp: UNITED STATES COURT OF APPEALS — MAY 19 2004 — Roseann B. MacKechnie, Clerk — SECOND CIRCUIT]

* The Honorable Mark R. Kravitz, of the United States District Court for the District of Connecticut, sitting by designation.

1

ISSUED AS MANDATE *12-28-04*

APPEARING FOR APPELLANT:    LAURENCE C. JONES, JR., New Haven, CT, *pro se*

APPEARING FOR APPELLEE:    PATRICK F. CARUSO, Assistant United States
Attorney (Jeffrey A. Meyer, Assistant United
States Attorney, *of counsel*, Kevin J. O'Connor,
United States Attorney, *on the brief*), United States
Attorney's Office for the District of Connecticut,
New Haven, CT

Appeal from a judgment of the United States District Court for the District

of Connecticut (Christopher F. Droney, *Judge*).

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND

DECREED that the judgment of the District Court is hereby AFFIRMED.

Plaintiff-Appellant Laurence C. Jones, Jr. appeals from a judgment of the District

Court dismissing his claim that he was denied reinstatement or appointment to competitive

federal service in violation of the Veterans Preference Act of 1944.  The District Court,

accepting the recommendation of Magistrate Judge William I. Garfinkel, granted the

defendant's motion for judgment on the pleadings on the grounds that (1) it lacked

jurisdiction over Jones' claim, and (2) Jones failed to state a claim under the Veterans

Preference Act upon which relief could be granted.

For substantially the reasons stated in Magistrate Judge Garfinkel's Recommended

Ruling, we affirm the judgment of the District Court.

We have considered all of plaintiff's claims on appeal and we hereby AFFIRM the

judgment of the District Court.

FOR THE COURT,

Roseann B. MacKechnie, Clerk of Court

By _Lucille Carr_

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _Wilson Dudley_
DEPUTY CLERK

3